1 | VINCENT M. SPOHN, Bar No. 09334
vms@vspohnlaw.com
2 | LAW OFFICES OF VINCENT M. SPOHN, A.P.C.
1005 Jefferson Street
3 | Napa, CA 94559.0748
Telephone:    707.255.1885
4 | Facsimile:    707.255.0974

5 | Attorney for Plaintiffs
SANDRA HATFIELD, LAUREL ANTONUCCI,
6 | and MAUREEN PATRICIA MURPHY

7 | THEODORA R. LEE, Bar No. 129892
tlee@littler.com
8 | KAI-CHING CHA, Bar No. 218738
kcha@littler.com
9 | ALEXIS A. SOHRAKOFF, Bar No. 273410
asohrakoff@littler.com
10 | LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
11 | San Francisco, California  94108.2693
Telephone:    415.433.1940
12 | Facsimile:    415.399.8490

13 | Attorneys for Defendant
RENAL TREATMENT CENTERS –
14 | CALIFORNIA, INC., erroneously sued as DaVITA
HEALTHCARE PARTNERS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA HATFIELD, an individual; LAUREL ANTONUCCI, an individual; and MAUREEN PATRICIA MURPHY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DaVITA HEALTHCARE PARTNERS, INC.; and Does 1 through 50, inclusive,<br><br>Defendant. | Case No.  13-CV-05206 SBA<br><br>**STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS' TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Dept.:    Courtroom 1 - 4th Floor<br>Judge:    Hon. Saundra B. Armstrong<br><br>Complaint Filed:    October 4, 2013 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. FOR AN EXTENSION OF TIME FOR
DEFT'S TO RESPOND TO FAC

CASE NO. 13-CV-05206 SBA

1  Plaintiffs Sandra Hatfield, Laurel Antonucci and Maureen Patricia Murphy 2 ("Plaintiffs") and Defendant Renal Treatment Centers – California, Inc., erroneously sued as DaVita 3 Healthcare Partners Inc. ("Defendant"), by and through its respective counsel of record, hereby 4 stipulate and agree as follows:

5  1.  **WHEREAS**, Plaintiffs filed their Complaint in the Superior Court of the State 6 of California in Napa County on October 4, 2013;

7  2.  **WHEREAS**, Defendant timely removed the action and filed a motion to 8 dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure Rule 12(b)(6);

9  3.  **WHEREAS**, this Court granted Defendant's motion to dismiss Plaintiffs' 10 Complaint with leave to amend and ordered Plaintiffs to file their First Amended Complaint 11 consistent with the Court's rulings by June 9, 2014 and to meet and confer regarding the sufficiency 12 of Plaintiffs' amended allegations;

13  4.  **WHEREAS**, Plaintiffs filed their First Amended Complaint on June 9, 2014 14 and Defendant's first responsive pleading is due Thursday, June 26, 2014;

15  5.  **WHEREAS**, this Court requires the parties to meet and confer prior to the 16 filing of any noticed motion and Defendant informed Plaintiffs that it considers the factual 17 allegations in Plaintiffs First Amended Complaint insufficient to satisfy the pleading requirements of 18 FRCP Rule 8(a)(2), intends to file a second Motion to Dismiss pursuant to FRCP Rule 12(b)(6), and 19 invited Plaintiffs to meet and confer regarding the sufficiency of their amended allegations;

20  6.  **WHEREAS**, the parties have agreed to stipulate to extending the deadline for 21 Defendant to respond to Plaintiffs' First Amended Complaint to July 10, 2014 to give the parties 22 time to meet and confer and to give Plaintiffs the opportunity to file a Second Amended Complaint;

23  **THEREFORE**,

24  Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the 25 Northern District of California, the Parties hereby stipulate: (1) to extend the deadline for Defendant 26 to respond to Plaintiffs' First Amended Complaint to July 10, 2014; (2) to allow Plaintiffs to file a 27 Second Amended Complaint by July 10, 2014 if they so choose following the parties' meet and 28 confer; and (3) in the event Plaintiffs' file a Second Amended Complaint on July 10, 2014,

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. FOR AN EXTENSION OF TIME FOR DEFT'S TO RESPOND TO FAC    1.    CASE NO. 13-CV-05206 SBA

Defendant's deadline to file an Answer or otherwise respond to Plaintiffs' Second Amended Complaint shall be in accordance with applicable Rules in the Federal Rules of Civil Procedure and/or the Northern District Court's Local Rules.

**IT IS SO STIPULATED.**

Dated: June 26, 2014                    */s/ Kai-Ching Cha*
                                        KAI-CHING CHA
                                        LITTLER MENDELSON, P.C.
                                        Attorneys for Defendant
                                        RENAL TREATMENT CENTERS –
                                        CALIFORNIA, INC., erroneously sued as
                                        DAVITA HEALTHCARE PARTNERS INC.

Dated: June 26, 2014                    */s/ Vincent M. Spohn*
                                        VINCENT M. SPOHN
                                        LAW OFFICES OF VINCENT M. SPOHN, A.P.C.
                                        Attorney for Plaintiffs SANDRA HATFIELD, LAUREL ANTONUCCI, and MAUREEN PATRICIA MURPHY

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. FOR AN EXTENSION OF TIME FOR DEFT'S TO RESPOND TO FAC    2.    CASE NO. 13-CV-05206 SBA

## **ORDER**

The Court, having considered the Parties' stipulation, hereby grant the parties' request: (1) to extend the deadline for Defendant to respond to Plaintiffs' First Amended Complaint to July 10, 2014; (2) to allow Plaintiffs' to file a Second Amended Complaint by July 10, 2014 if they so choose following the parties' meet and confer; and (3) in the event Plaintiffs to file a Second Amended Complaint by July 10, 2014, then the deadline for Defendant to file its Answer or otherwise respond to Plaintiffs' Second Amended Complaint shall be in accordance with applicable Rules in the Federal Rules of Civil Procedure and/or the Northern District Court's Local Rules.

**IT IS SO ORDERED.**

Dated: 6/26/2014

*Saundra B. Armstrong*
HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge

Firmwide:127659917.1 068812.1015

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. FOR AN EXTENSION OF TIME FOR DEFT'S TO RESPOND TO FAC   3.   CASE NO. 13-CV-05206 SBA