1  VINCENT M. SPOHN, Bar No. 09334
   vms@vspohnlaw.com
2  LAW OFFICES OF VINCENT M. SPOHN, A.P.C.
   1005 Jefferson Street
3  Napa, CA 94559.0748
   Telephone:   707.255.1885
4  Facsimile:   707.255.0974

5  Attorney for Plaintiffs
   SANDRA HATFIELD, LAUREL ANTONUCCI,
6  and MAUREEN PATRICIA MURPHY

7  THEODORA R. LEE, Bar No. 129892
   tlee@littler.com
8  KAI-CHING CHA, Bar No. 218738
   kcha@littler.com
9  ALEXIS A. SOHRAKOFF, Bar No. 273410
   asohrakoff@littler.com
10 LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
11 San Francisco, California  94108.2693
   Telephone:   415.433.1940
12 Facsimile:   415.399.8490

13 Attorneys for Defendant
   RENAL TREATMENT CENTERS –
14 CALIFORNIA, INC., erroneously sued as DaVITA
   HEALTHCARE PARTNERS INC.

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  SANDRA HATFIELD, an individual;<br>LAUREL ANTONUCCI, an individual;<br>20  and MAUREEN PATRICIA MURPHY, an<br>individual,<br>21<br>22              Plaintiffs,<br>v.<br>23<br>DaVITA HEALTHCARE PARTNERS,<br>24  INC.; and Does 1 through 50, inclusive,<br>25              Defendant. | Case No.  13-CV-05206 SBA<br><br>**STIPULATION FOR A FURTHER EXTENSION OF TIME FOR DEFENDANTS' TO RESPOND TO THE FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>Dept.:    Courtroom 1 - 4th Floor<br>Judge:    Hon. Saundra B. Armstrong<br><br>Complaint Filed:    October 4, 2013 |

26
27
28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. FOR A FURTHER EXTENSION OF
TIME FOR DEFT'S TO RESPOND TO FAC

CASE NO. 13-CV-05206 SBA

Plaintiffs Sandra Hatfield, Laurel Antonucci and Maureen Patricia Murphy ("Plaintiffs") and Defendant Renal Treatment Centers – California, Inc., erroneously sued as DaVita Healthcare Partners Inc. ("Defendant"), by and through its respective counsel of record, hereby stipulate and agree as follows:

1. **WHEREAS**, on June 24, 2014, the parties participated in a mediation session pursuant to the Northern District of California's Alternative Dispute Resolution Program, but did not settle the litigation.

2. **WHEREAS**, on June 26, 2014, in order to allow the parties the opportunity to meet and confer regarding the sufficiency Plaintiffs' amended allegations contained in Plaintiffs' First Amended Complaint, the parties stipulated to extend the deadline for Defendant to respond to Plaintiffs' First Amended Complaint to July 10, 2014; (2) to allow Plaintiffs to file a Second Amended Complaint by July 10, 2014 if they so choose following the parties' meet and confer; and (3) in the event Plaintiffs' file a Second Amended Complaint on July 10, 2014, Defendant's deadline to file an Answer or otherwise respond to Plaintiffs' Second Amended Complaint shall be in accordance with applicable Rules in the Federal Rules of Civil Procedure and/or the Northern District Court's Local Rules.

3. **WHEREAS**, the parties are contemplating participating in private mediation and wish to extend the July 10, 2014 deadline for one week to July 17, 2014 to give the parties time to decide whether to participate in private mediation.

4. **WHEREAS**, the parties' request is not made for the purpose of delay or any other improper purpose.

**THEREFORE**,

Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the Northern District of California, the Parties hereby stipulate: (1) to extend the deadline for Defendant to respond to Plaintiffs' First Amended Complaint from July 10, 2014 to July 17, 2014 to give the parties time to decide whether to participate in private mediation; (2) to allow Plaintiffs to file a Second Amended Complaint by July 17, 2014; and (3) in the event Plaintiffs' file a Second Amended Complaint on July 17, 2014, Defendant's deadline to file an Answer or otherwise respond

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. FOR A FURTHER EXTENSION OF
TIME FOR DEFT'S TO RESPOND TO FAC

1.

CASE NO. 13-CV-05206 SBA

1  to Plaintiffs' Second Amended Complaint shall be in accordance with applicable Rules in the
2  Federal Rules of Civil Procedure and/or the Northern District Court's Local Rules.
3  **IT IS SO STIPULATED.**

4  Dated: July 9, 2014

*/s/ Kai-Ching Cha*
KAI-CHING CHA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
RENAL TREATMENT CENTERS –
CALIFORNIA, INC., erroneously sued as
DAVITA HEALTHCARE PARTNERS INC.

9  Dated: July 9, 2014

*/s/ Vincent M. Spohn*
VINCENT M. SPOHN
LAW OFFICES OF VINCENT M. SPOHN, A.P.C.
Attorney for Plaintiffs SANDRA HATFIELD, LAUREL ANTONUCCI, and MAUREEN PATRICIA MURPHY

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. FOR A FURTHER EXTENSION OF
TIME FOR DEFT'S TO RESPOND TO FAC

2.

CASE NO. 13-CV-05206 SBA

## [PROPOSED] ORDER

The Court, having considered the Parties' stipulation, hereby grant the parties' request: (1) to extend the deadline for Defendant to respond to Plaintiffs' First Amended Complaint from July 10, 2014 to July 17, 2014 to give the parties time to decide whether to participate in private mediation; (2) to allow Plaintiffs to file a Second Amended Complaint by July 17, 2014; and (3) in the event Plaintiffs' file a Second Amended Complaint on July 17, 2014, Defendant's deadline to file an Answer or otherwise respond to Plaintiffs' Second Amended Complaint shall be in accordance with applicable Rules in the Federal Rules of Civil Procedure and/or the Northern District Court's Local Rules.

**IT IS SO ORDERED.**

Dated:  7/10/2014

HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge

Firmwide:127859030.1 068812.1015

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. FOR A FURTHER EXTENSION OF TIME FOR DEFT'S TO RESPOND TO FAC    3.    CASE NO. 13-CV-05206 SBA