1  VINCENT M. SPOHN, Bar No. 09334
   vms@vspohnlaw.com
2  LAW OFFICES OF VINCENT M. SPOHN, A.P.C.
   1005 Jefferson Street
3  Napa, CA 94559.0748
   Telephone:    707.255.1885
4  Facsimile:    707.255.0974

5  Attorney for Plaintiffs
   SANDRA HATFIELD, LAUREL ANTONUCCI,
6  and MAUREEN PATRICIA MURPHY

7  THEODORA R. LEE, Bar No. 129892
   tlee@littler.com
8  KAI-CHING CHA, Bar No. 218738
   kcha@littler.com
9  ALEXIS A. SOHRAKOFF, Bar No. 273410
   asohrakoff@littler.com
10 LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
11 San Francisco, California  94108.2693
   Telephone:    415.433.1940
12 Facsimile:    415.399.8490

13 Attorneys for Defendant
   RENAL TREATMENT CENTERS –
14 CALIFORNIA, INC., erroneously sued as DaVITA
   HEALTHCARE PARTNERS INC.

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| SANDRA HATFIELD, an individual; LAUREL ANTONUCCI, an individual; and MAUREEN PATRICIA MURPHY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DaVITA HEALTHCARE PARTNERS, INC.; and Does 1 through 50, inclusive,<br><br>Defendant. | Case No.  13-CV-05206 SBA<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dept.:    Courtroom 1 - 4th Floor<br>Judge:    Hon. Saundra B. Armstrong<br><br>Complaint Filed:    October 4, 2013 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED]
ORDER CONTINUING CMC

CASE NO. 13-CV-05206 SBA

Plaintiffs Sandra Hatfield, Laurel Antonucci and Maureen Patricia Murphy ("Plaintiffs") and Defendant Renal Treatment Centers – California, Inc., erroneously sued as DaVita Healthcare Partners Inc. ("Defendant"), by and through its respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on May 1, 2014, the parties attended the initial case management conference and were referred to court supervised mediation;

**WHEREAS**, the parties attended court supervised mediation on June 24, 2014 but the litigation did not settle;

**WHEREAS**, a telephone case management conference is currently scheduled in this case for August 6, 2014 at 2:30 p.m.;

**WHEREAS**, the parties are contemplating participating in private mediation and seek to postpone the currently scheduled telephone case management conference; and

**WHEREAS**, the parties' request is not made for the purpose of delay or any other improper purpose.

**THEREFORE,**

Pursuant to Rule 6-2 of the Local Rules of the United States District Court for the Northern District of California, the parties hereby stipulate that the telephone case management conference scheduled for August 6, 2014 will be continued to a date on or after September 10, 2014 at 2:30 p.m.

**IT IS SO STIPULATED.**

Dated: July 25, 2014

/s/ Kai-Ching Cha
KAI-CHING CHA
LITTLER MENDELSON, P.C.
Attorneys for DefendantRENAL TREATMENT CENTERS – CALIFORNIA, INC., erroneously sued as DAVITA HEALTHCARE PARTNERS INC.

Dated: July 25, 2014

/s/ Vincent M. Spohn
VINCENT M. SPOHN
LAW OFFICES OF VINCENT M. SPOHN, A.P.C.
Attorney for Plaintiffs SANDRA HATFIELD, LAUREL ANTONUCCI, and MAUREEN PATRICIA MURPHY

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND [~~PROPOSED~~] ORDER CONTINUING CMC  1.  CASE NO. 13-CV-05206 SBA

**[PROPOSED] ORDER**

The Court, having considered the Parties' stipulation, hereby grant the parties' request to continue the case management conference currently set for August 6, 2014 to September 10, 2014, at 2:30 p.m.

**IT IS SO ORDERED.**

Dated:   7/25/2014

_____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge

Firmwide:128100109.1 068812.1015

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CMC    2.    CASE NO. 13-CV-05206 SBA