| | |
|---|---|
| 1 | VINCENT M. SPOHN, Bar No. 09334 |
|   | vms@vspohnlaw.com |
| 2 | LAW OFFICES OF VINCENT M. SPOHN, A.P.C. |
|   | 1005 Jefferson Street |
| 3 | Napa, CA 94559.0748 |
|   | Telephone:   707.255.1885 |
| 4 | Facsimile:    707.255.0974 |

5  Attorney for Plaintiffs
   SANDRA HATFIELD, LAUREL ANTONUCCI,
6  and MAUREEN PATRICIA MURPHY

7  THEODORA R. LEE, Bar No. 129892
   tlee@littler.com
8  KAI-CHING CHA, Bar No. 218738
   kcha@littler.com
9  ALEXIS A. SOHRAKOFF, Bar No. 273410
   asohrakoff@littler.com
10 LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
11 San Francisco, California  94108.2693
   Telephone:   415.433.1940
12 Facsimile:    415.399.8490

13 Attorneys for Defendant
   RENAL TREATMENT CENTERS –
14 CALIFORNIA, INC., erroneously sued as DaVITA
   HEALTHCARE PARTNERS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA HATFIELD, an individual; LAUREL ANTONUCCI, an individual; and MAUREEN PATRICIA MURPHY, an individual, <br><br>              Plaintiffs, <br><br>       v. <br><br> DaVITA HEALTHCARE PARTNERS, INC.; and Does 1 through 50, inclusive, <br><br>              Defendant. | Case No.  13-CV-05206 SBA <br><br> **STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT'S TO RESPOND TO THE SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER** <br><br> Dept.:     Courtroom 1 - 4th Floor <br> Judge:    Hon. Saundra B. Armstrong <br><br> Complaint Filed:   October 4, 2013 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. FOR A FURTHER EXTENSION OF
TIME FOR DEFT'S TO RESPOND TO SAC

CASE NO. 13-CV-05206 SBA

Plaintiffs Sandra Hatfield, Laurel Antonucci and Maureen Patricia Murphy ("Plaintiffs") and Defendant Renal Treatment Centers – California, Inc., erroneously sued as DaVita Healthcare Partners Inc. ("Defendant"), by and through its respective counsel of record, hereby stipulate and agree as follows:

1. **WHEREAS**, Defendant filed a motion to dismiss Plaintiffs' original Complaint pursuant to Federal Rule of Civil Procedure Rule 12(b)(6);

2. **WHEREAS**, this Court granted Defendant's motion to dismiss Plaintiffs' Complaint with leave to amend and ordered Plaintiffs to file their First Amended Complaint consistent with the Court's rulings by June 9, 2014 and to meet and confer regarding the sufficiency of Plaintiffs' amended allegations;

3. **WHEREAS**, the parties stipulated twice to continue the deadline to respond to Plaintiff's First Amended Complaint to give the parties time to meaningfully meet and confer and to decide whether to participate in private mediation;

4. **WHEREAS**, Plaintiffs timely filed their Second Amended Complaint on July 17, 2014;

5. **WHEREAS**, Defendant's deadline to file an Answer or otherwise respond to Plaintiffs' Second Amended Complaint is July 31, 2014 and Defendant sent Plaintiffs its proposed Motion to Dismiss the Second Amended Complaint pursuant to FRCP Rule 12(b)(6) for failure to state a claim;

6. **WHEREAS**, in order to allow the parties the opportunity to meet and confer regarding the sufficiency Plaintiffs' amended allegations contained in Plaintiffs' Second Amended Complaint and to allow the parties the opportunity to decide whether to participate in private mediation, the parties stipulate: (1) to extend the deadline for Defendant to respond to Plaintiffs' Second Amended Complaint to August 20, 2014; (2) to allow Plaintiffs to file a Third Amended Complaint by August 20, 2014 if they so choose following the parties' meet and confer; and (3) in the event Plaintiffs' file a Third Amended Complaint on August 20, 2014, Defendant's deadline to file an Answer or otherwise respond to Plaintiffs' Third Amended Complaint shall be in accordance

///

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. FOR A FURTHER EXTENSION OF TIME FOR DEFT'S TO RESPOND TO SAC   1.   CASE NO. 13-CV-05206 SBA

1  with applicable Rules in the Federal Rules of Civil Procedure and/or the Northern District Court's
2  Local Rules.
3       7.  **WHEREAS**, the parties' request is not made for the purpose of delay or any
4  other improper purpose.
5       **THEREFORE**,
6       Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the
7  Northern District of California, the Parties hereby stipulate: (1) to extend the deadline for Defendant
8  to respond to Plaintiffs' Third Amended Complaint from July 31, 2014 to August 20, 2014 to give
9  the parties time to meet and confer and decide whether to participate in private mediation; (2) to
10 allow Plaintiffs to file a Third Amended Complaint by August 20, 2014; and (3) in the event
11 Plaintiffs' file a Third Amended Complaint on August 20, 2014, Defendant's deadline to file an
12 Answer or otherwise respond to Plaintiffs' Third Amended Complaint shall be in accordance with
13 applicable Rules in the Federal Rules of Civil Procedure and/or the Northern District Court's Local
14 Rules.
15      **IT IS SO STIPULATED.**

16 Dated: July 31, 2014                    */s/ Kai-Ching Cha*
                                           KAI-CHING CHA
17                                         LITTLER MENDELSON, P.C.
                                           Attorneys for Defendant
18                                         RENAL TREATMENT CENTERS –
                                           CALIFORNIA, INC., erroneously sued as
19                                         DAVITA HEALTHCARE PARTNERS INC.

21 Dated: July 31, 2014                    */s/ Vincent M. Spohn*
                                           VINCENT M. SPOHN
22                                         LAW OFFICES OF VINCENT M. SPOHN,
                                           A.P.C.
23                                         Attorney for Plaintiffs SANDRA
                                           HATFIELD, LAUREL ANTONUCCI, and
24                                         MAUREEN PATRICIA MURPHY

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. FOR A FURTHER EXTENSION OF
TIME FOR DEFT'S TO RESPOND TO SAC          2.                        CASE NO. 13-CV-05206 SBA

## [PROPOSED] ORDER

The Court, having considered the Parties' stipulation, hereby grant the parties' request: (1) to extend the deadline for Defendant to respond to Plaintiffs' Second Amended Complaint from July 31, 2014 to August 20, 2014 to give the parties time to meet and confer and to decide whether to participate in private mediation; (2) to allow Plaintiffs to file a Third Amended Complaint by August 20, 2014; and (3) in the event Plaintiffs' file a Third Amended Complaint on August 20, 2014, Defendant's deadline to file an Answer or otherwise respond to Plaintiffs' Second Amended Complaint shall be in accordance with applicable Rules in the Federal Rules of Civil Procedure and/or the Northern District Court's Local Rules.

**IT IS SO ORDERED.**

Dated: 8/4/2014

HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge

Firmwide:128197484.1 068812.1015

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. FOR A FURTHER EXTENSION OF TIME FOR DEFT'S TO RESPOND TO SAC    3.    CASE NO. 13-CV-05206 SBA