1    VINCENT M. SPOHN, Bar No. 09334
     vms@vspohnlaw.com
2    LAW OFFICES OF VINCENT M. SPOHN, A.P.C.
     1005 Jefferson Street
3    Napa, CA 94559.0748
     Telephone:    707.255.1885
4    Facsimile:    707.255.0974

5    Attorney for Plaintiffs
     SANDRA HATFIELD, LAUREL ANTONUCCI,
6    and MAUREEN PATRICIA MURPHY

7    THEODORA R. LEE, Bar No. 129892
     tlee@littler.com
8    KAI-CHING CHA, Bar No. 218738
     kcha@littler.com
9    ALEXIS A. SOHRAKOFF, Bar No. 273410
     asohrakoff@littler.com
10   LITTLER MENDELSON, P.C.
     650 California Street, 20th Floor
11   San Francisco, California  94108.2693
     Telephone:    415.433.1940
12   Facsimile:    415.399.8490

13   Attorneys for Defendant
     RENAL TREATMENT CENTERS –
14   CALIFORNIA, INC., erroneously sued as DaVITA
     HEALTHCARE PARTNERS INC.

15

16                   UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18

19   SANDRA HATFIELD, an individual;          Case No.  13-CV-05206 SBA
     LAUREL ANTONUCCI, an individual;
20   and MAUREEN PATRICIA MURPHY, an          **STIPULATION FOR AN EXTENSION OF**
     individual,                              **TIME FOR DEFENDANT TO RESPOND**
21                                            **TO THE SECOND AMENDED**
                      Plaintiffs,             **COMPLAINT AND [PROPOSED] ORDER**
22
          v.                                  Dept.:    Courtroom 1 - 4th Floor
23                                            Judge:    Hon. Saundra B. Armstrong
     DaVITA HEALTHCARE PARTNERS,
24   INC.; and Does 1 through 50, inclusive,
                                              Complaint Filed:    October 4, 2013
25                    Defendant.

26

27

28

LITTLER MENDELSON, P.C.
  650 California Street
     20th Floor
San Francisco, CA  94108.2693
   415.433.1940

STIP. FOR A FURTHER EXTENSION OF
TIME FOR DEFT'S TO RESPOND TO SAC

CASE NO. 13-CV-05206 SBA

1    Plaintiffs Sandra Hatfield, Laurel Antonucci and Maureen Patricia Murphy
2    ("Plaintiffs") and Defendant Renal Treatment Centers – California, Inc., erroneously sued as DaVita
3    Healthcare Partners Inc. ("Defendant"), by and through its respective counsel of record, hereby
4    stipulate and agree as follows:

5    1.    **WHEREAS**, Defendant filed a motion to dismiss Plaintiffs' original
6    Complaint pursuant to Federal Rule of Civil Procedure Rule 12(b)(6);

7    2.    **WHEREAS**, this Court granted Defendant's motion to dismiss Plaintiffs'
8    Complaint with leave to amend and ordered Plaintiffs to file their First Amended Complaint
9    consistent with the Court's rulings by June 9, 2014 and to meet and confer regarding the sufficiency
10   of Plaintiffs' amended allegations;

11   3.    **WHEREAS**, the parties stipulated twice to continue the deadline to respond
12   to Plaintiff's First Amended Complaint to give the parties time to meaningfully meet and confer and
13   to decide whether to participate in private mediation;

14   4.    **WHEREAS**, Plaintiffs timely filed their Second Amended Complaint on July
15   17, 2014;

16   5.    **WHEREAS**, after Defendant sent Plaintiffs its proposed Motion to Dismiss
17   the Second Amended Complaint pursuant to FRCP Rule 12(b)(6) for failure to state a claim on July
18   29, 2014, the parties stipulated to extend Defendant's deadline to file an Answer or otherwise
19   respond to Plaintiffs' Second Amended Complaint from July 31, 2014 to August 20, 2014;

20   6.    **WHEREAS**, Defendant sent Plaintiffs a slightly revised version of its
21   proposed Motion to Dismiss the Second Amended Complaint pursuant to FRCP Rule 12(b)(6) for
22   failure to state a claim on August 18, 2014;

23   7.    **WHEREAS**, in order to allow the parties the opportunity to meet and confer
24   regarding the sufficiency Plaintiffs' amended allegations contained in Plaintiffs' Second Amended
25   Complaint, the parties stipulate: (1) to extend the deadline for Defendant to respond to Plaintiffs'
26   Second Amended Complaint to August 27, 2014; (2) to allow Plaintiffs to file a Third Amended
27   Complaint by August 27, 2014 if they so choose following the parties' meet and confer; and (3) in
28   the event Plaintiffs' file a Third Amended Complaint on August 27, 2014, Defendant's deadline to

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. FOR A FURTHER EXTENSION OF
TIME FOR DEFT'S TO RESPOND TO SAC          1.          CASE NO. 13-CV-05206 SBA

1  file an Answer or otherwise respond to Plaintiffs' Third Amended Complaint shall be in accordance

2  with applicable Rules in the Federal Rules of Civil Procedure and/or the Northern District Court's

3  Local Rules.

4          8.      **WHEREAS**, the parties' request is not made for the purpose of delay or any

5  other improper purpose.

6          **THEREFORE**,

7          Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the

8  Northern District of California, the Parties hereby stipulate: (1) to extend the deadline for Defendant

9  to respond to Plaintiffs' Third Amended Complaint from August 20, 2014 to August 27, 2014 give

10  the parties time to meet and confer; (2) to allow Plaintiffs to file a Third Amended Complaint by

11  August 27, 2014; and (3) in the event Plaintiffs' file a Third Amended Complaint on August 27,

12  2014, Defendant's deadline to file an Answer or otherwise respond to Plaintiffs' Third Amended

13  Complaint shall be in accordance with applicable Rules in the Federal Rules of Civil Procedure

14  and/or the Northern District Court's Local Rules.

15          **IT IS SO STIPULATED.**

16  Dated: August 19, 2014

17  KAI-CHING CHA
    LITTLER MENDELSON, P.C.

18  Attorneys for Defendant
    RENAL TREATMENT CENTERS –

19  CALIFORNIA, INC., erroneously sued as
    DAVITA HEALTHCARE PARTNERS INC.

20

21  Dated: August 19, 2014

22  VINCENT M. SPOHN
    LAW OFFICES OF VINCENT M. SPOHN,

23  A.P.C.
    Attorney for Plaintiffs SANDRA

24  HATFIELD, LAUREL ANTONUCCI, and
    MAUREEN PATRICIA MURPHY

25

26

27

28

ITTLER MENDELSON, P.C
650 California Street
20th Floor
in Francisco, CA 94108 2693
415 433 1940

STIP. FOR A FURTHER EXTENSION OF
TIME FOR DEFT'S TO RESPOND TO SAC              2.              CASE NO. 13-CV-05206 SBA

1

## [PROPOSED] ORDER

2          The Court, having considered the Parties' stipulation, hereby grant the parties'

3   request: (1) to extend the deadline for Defendant to respond to Plaintiffs' Second Amended

4   Complaint from August 20, 2014 to August 27, 2014 to give the parties time to meet and confer and;

5   (2) to allow Plaintiffs to file a Third Amended Complaint by August 27, 2014; and (3) in the event

6   Plaintiffs' file a Third Amended Complaint on August 27, 2014, Defendant's deadline to file an

7   Answer or otherwise respond to Plaintiffs' Second Amended Complaint shall be in accordance with

8   applicable Rules in the Federal Rules of Civil Procedure and/or the Northern District Court's Local

9   Rules.

10         **IT IS SO ORDERED.**

11

12   Dated:_____8/19/2014_____        _____
                                                HONORABLE SAUNDRA B. ARMSTRONG
13                                              United States District Court Judge

14
     Firmwide:128507513.1 068812.1015
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. FOR A FURTHER EXTENSION OF            3.            CASE NO. 13-CV-05206 SBA
TIME FOR DEFT'S TO RESPOND TO SAC