1  VINCENT M. SPOHN, Bar No. 09334
   vms@vspohnlaw.com
2  LAW OFFICES OF VINCENT M. SPOHN, A.P.C.
   1005 Jefferson Street
3  Napa, CA 94559.0748
   Telephone:   707.255.1885
4  Facsimile:   707.255.0974

5  Attorney for Plaintiffs
   SANDRA HATFIELD, LAUREL ANTONUCCI,
6  and MAUREEN PATRICIA MURPHY

7  THEODORA R. LEE, Bar No. 129892
   tlee@littler.com
8  KAI-CHING CHA, Bar No. 218738
   kcha@littler.com
9  ALEXIS A. SOHRAKOFF, Bar No. 273410
   asohrakoff@littler.com
10 LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
11 San Francisco, California  94108.2693
   Telephone:   415.433.1940
12 Facsimile:   415.399.8490

13 Attorneys for Defendant
   RENAL TREATMENT CENTERS –
14 CALIFORNIA, INC., erroneously sued as DaVITA
   HEALTHCARE PARTNERS INC.

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19 | SANDRA HATFIELD, an individual;         | Case No.  13-CV-05206 SBA
   | LAUREL ANTONUCCI, an individual;
20 | and MAUREEN PATRICIA MURPHY, an         | **STIPULATION FOR AN EXTENSION OF
   | individual,                             | TIME FOR PLAINTIFFS TO FILE THEIR
21 |                                         | THIRD AMENDED COMPLAINT and
   |              Plaintiffs,                | [PROPOSED] ORDER**
22 |
   |        v.                               | Dept.:    Courtroom 1 - 4th Floor
23 |                                         | Judge:    Hon. Saundra B. Armstrong
   | DaVITA HEALTHCARE PARTNERS,
24 | INC.; and Does 1 through 50, inclusive,
   |                                         | Complaint Filed:   October 4, 2013
25 |              Defendant.

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. FOR AN EXTENSION OF TIME FOR
DEFT'S TO RESPOND TO 3RD AM COMPL                     CASE NO. 13-CV-05206 SBA

1         Plaintiffs Sandra Hatfield, Laurel Antonucci and Maureen Patricia Murphy
2 ("Plaintiffs") and Defendant Renal Treatment Centers - California, Inc., erroneously sued as DaVita
3 Healthcare Partners Inc. ("Defendant"), by and through its respective counsel of record, hereby
4 stipulate and agree as follows:

5         1. **WHEREAS,** Defendant filed a motion to dismiss Plaintiffs' original Complaint
6 pursuant to Federal Rule of Civil Procedure Rule 12(b)(6);

7         2. **WHEREAS,** this Court granted Defendant's motion to dismiss Plaintiffs'
8 Complaint with leave to amend and ordered Plaintiffs to file their First Amended Complaint
9 consistent with the Court's rulings by June 9, 2014 and to meet and confer regarding the sufficiency
10 of Plaintiffs' amended allegations;

11         3. **WHEREAS,** the parties stipulated twice to continue the deadline to respond to
12 Plaintiffs' First Amended Complaint to give the parties time to meaningfully meet and confer and to
13 decide whether to participate in private mediation;

14         4. **WHEREAS,** Plaintiffs timely filed their Second Amended Complaint on July 17,
15 2014;

16         5. **WHEREAS,** the parties again stipulated twice to continue the deadline to August
17 27, 2014 for Defendant to respond to Plaintiffs' Second Amended Complaint or alternatively, for
18 Plaintiffs to file a Third Amended Complaint, to give the parties time to meaningfully meet and
19 confer with respect to Plaintiffs' amended allegations;

20         6. **WHEREAS,** based on the parties' meet and confer process, Plaintiffs have agreed
21 to file a Third Amended Complaint;

22         7. **WHEREAS,** the Law Offices of Vincent M. Spohn are located in downtown Napa,
23 California and sustained damage due to the recent earthquake;

24         8. **WHEREAS,** due to the damage sustained in the earthquake, the parties have
25 agreed that Plaintiffs may file their Third Amended Complaint on Friday, August 29, 2014 and
26 Defendant's deadline to file an Answer or otherwise respond to Plaintiffs' Third Amended Complaint
27 shall be in accordance with applicable Rules in the Federal Rules of Civil Procedure and/or the
28 Northern District Court's Local Rules.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. FOR AN EXTENSION OF TIME FOR DEFT'S TO RESPOND TO 3RD AM COMPL    1.    CASE NO. C 13-CV-05206 SBA

1   9. **WHEREAS,** the parties' request is not made for the purpose of delay or any other
2   improper purpose.

3   **THEREFORE,**

4   Pursuant to Rule 6-1 (a) of the Local Rules of the United States District Court for the
5   Northern District of California, the parties hereby stipulate to extend the deadline for Plaintiffs to file
6   their Third Amended Complaint from August 27, 2014 to August 29, 2014 and Defendant's deadline
7   to file an Answer or otherwise respond to Plaintiffs' Third Amended Complaint shall be in
8   accordance with applicable Rules in the Federal Rules of Civil Procedure and/or the Northern
9   District Court's Local Rules.

10   **IT IS SO STIPULATED.**

11   Dated: August 27, 2014

/s/ Kai-Ching Cha
KAI-CHING CHA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
RENAL TREATMENT CENTERS –
CALIFORNIA, INC., erroneously sued as
DAVITA HEALTHCARE PARTNERS INC.

17   Dated: August 27, 2014

/s/ Vincent M. Spohn
VINCENT M. SPOHN
LAW OFFICES OF VINCENT M. SPOHN,
A.P.C.
Attorney for Plaintiffs SANDRA
HATFIELD, LAUREL ANTONUCCI, and
MAUREEN PATRICIA MURPHY

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. FOR AN EXTENSION OF TIME FOR DEFT'S TO RESPOND TO 3RD AM COMPL    2.    CASE NO. C 13-CV-05206 SBA

## [PROPOSED] ORDER

The Court, having considered the Parties' stipulation, hereby grant the parties' request to extend the deadline for Plaintiffs' to file a Third Amended Complaint from August 27, 2014 to August 29, 2014 and the deadline for Defendant to file its Answer or otherwise respond to Plaintiffs' Third Amended Complaint shall be in accordance with applicable Rules in the Federal Rules of Civil Procedure and/or the Northern District Court's Local Rules.

**IT IS SO ORDERED.**

Dated: 8/29/2014

HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. FOR AN EXTENSION OF TIME FOR DEFT'S TO RESPOND TO 3RD AM COMPL    3.    CASE NO. C 13-CV-05206 SBA