1  VINCENT M. SPOHN, Bar No. 09334
   vms@vspohnlaw.com
2  LAW OFFICES OF VINCENT M. SPOHN, A.P.C.
   1005 Jefferson Street
3  Napa, CA 94559.0748
   Telephone:    707.255.1885
4  Facsimile:    707.255.0974

5  Attorney for Plaintiffs
   SANDRA HATFIELD, LAUREL ANTONUCCI,
6  and MAUREEN PATRICIA MURPHY

7  THEODORA R. LEE, Bar No. 129892
   tlee@littler.com
8  KAI-CHING CHA, Bar No. 218738
   kcha@littler.com
9  ALEXIS A. SOHRAKOFF, Bar No. 273410
   asohrakoff@littler.com
10 LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
11 San Francisco, California  94108.2693
   Telephone:    415.433.1940
12 Facsimile:    415.399.8490

13 Attorneys for Defendant
   RENAL TREATMENT CENTERS –
14 CALIFORNIA, INC., erroneously sued as DaVITA
   HEALTHCARE PARTNERS INC.

15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| SANDRA HATFIELD, an individual; LAUREL ANTONUCCI, an individual; and MAUREEN PATRICIA MURPHY, an individual,<br><br>                Plaintiffs,<br><br>        v.<br><br>DaVITA HEALTHCARE PARTNERS, INC.; and Does 1 through 50, inclusive,<br><br>                Defendant. | Case No.  13-CV-05206 SBA<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF LAUREL ANTONUCCI WITH PREJUDICE**<br><br>Dept.:    Courtroom 1 - 4th Floor<br>Judge:    Hon. Saundra B. Armstrong<br><br>Complaint Filed:    October 4, 2013 |

Plaintiff Laurel Antonucci ("Antonucci") and Defendant Renal Treatment Centers – California, Inc., erroneously sued as DaVita Healthcare Partners Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

Plaintiff Antonucci shall dismiss all of her claims with prejudice against Defendant, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: September ___, 2014

_____
VINCENT M. SPOHN
LAW OFFICES OF VINCENT M. SPOHN, A.P.C.
Attorney for Plaintiffs SANDRA HATFIELD, LAUREL ANTONUCCI, and MAUREEN PATRICIA MURPHY

Dated: September ___, 2014

_____
KAI-CHING CHA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
RENAL TREATMENT CENTERS – CALIFORNIA, INC., erroneously sued as DAVITA HEALTHCARE PARTNERS INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/9/2014

_____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge

Firmwide:128846445.1 068812.1015

STIPULATION OF DISMISSAL OF PLAINTIFF LAUREL ANTONUCCI      1.      CASE NO. 13-CV-05206 SBA