VINCENT M. SPOHN, Bar No. 09334
vms@vspohnlaw.com
LAW OFFICES OF VINCENT M. SPOHN, A.P.C.
1005 Jefferson Street
Napa, CA 94559.0748
Telephone:     707.255.1885
Facsimile:     707.255.0974

Attorney for Plaintiffs
SANDRA HATFIELD, LAUREL ANTONUCCI,
and MAUREEN PATRICIA MURPHY

THEODORA R. LEE, Bar No. 129892
tlee@littler.com
KAI-CHING CHA, Bar No. 218738
kcha@littler.com
ALEXIS A. SOHRAKOFF, Bar No. 273410
asohrakoff@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California  94108.2693
Telephone:     415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendant
RENAL TREATMENT CENTERS –
CALIFORNIA, INC., erroneously sued as DaVITA
HEALTHCARE PARTNERS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA HATFIELD, an individual; LAUREL ANTONUCCI, an individual; and MAUREEN PATRICIA MURPHY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DaVITA HEALTHCARE PARTNERS, INC.; and Does 1 through 50, inclusive,<br><br>Defendant. | Case No.  13-CV-05206 SBA<br><br>**STIPULATION REQUESTING REFERRAL TO THE NOTHERN DISTRICT COURT ADR MEDIATION PROGRAM AND DECLINING SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE and ORDER**<br><br>Dept.:      Courtroom 1 - 4th Floor<br>Judge:     Hon. Saundra B. Armstrong<br><br>2nd Amd. Complt. Filed:   August 29, 2013 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. REQUESTING REFERRAL TO ADR
MEDIATION PROGRAM

CASE NO. 13-CV-05206 SBA

1     Plaintiffs Sandra Hatfield and Maureen Patricia Murphy ("Plaintiffs") and Defendant
2  Renal Treatment Centers - California, Inc., erroneously sued as DaVita Healthcare Partners Inc.
3  ("Defendant"), by and through their respective counsel of record, hereby stipulate and request as
4  follows:

5     1. **WHEREAS,** the parties attended a telephone case management conference on
6  Wednesday, September 10, 2014;

7     2. **WHEREAS,** this Court recommended that the parties attend a settlement
8  conference with a Northern District Magistrate Judge and ordered the parties to submit a joint
9  statement indicating their preference for a magistrate judge by September 17, 2014;

10     3. **WHEREAS,** the parties have carefully considered the settlement conference
11  process and concluded they would prefer to attend mediation with either ADR panelist mediator
12  Kathryn Dickson or Judith Droz Keyes;

13     4. **WHEREAS,** the parties respectfully request that this Court refer the parties back
14  to the Northern District ADR Program for mediation and request that the ADR Program appoint one
15  of the parties' agreed upon mediators;

16     **THEREFORE,**

17     The parties hereby submit this stipulation and respectfully request that this Court refer
18  the parties back to the Northern District ADR Program to participate in mediation before ADR
19  panelist mediator Kathryn Dickson or Judith Droz Keyes, and respectfully decline to participate in a
20  settlement conference before a Magistrate Judge.

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. REQUESTING REFERRAL TO ADR
MEDIATION PROGRAM     1.     CASE NO. C 13-CV-05206 SBA

1    **IT IS SO STIPULATED.**

2    Dated: September 17, 2014                        _/s/ Vincent M. Spohn_
                                                     VINCENT M. SPOHN
3                                                    LAW OFFICES OF VINCENT M. SPOHN,
                                                     A.P.C.
4                                                    Attorney for Plaintiffs SANDRA
                                                     HATFIELD, LAUREL ANTONUCCI, and
5                                                    MAUREEN PATRICIA MURPHY

6

7    Dated: September 17, 2014                        _/s/ Kai-Ching Cha_
                                                     KAI-CHING CHA
8                                                    LITTLER MENDELSON, P.C.
                                                     Attorneys for Defendant RENAL
9                                                    TREATMENT CENTERS – CALIFORNIA,
                                                     INC., erroneously sued as DAVITA
10                                                   HEALTHCARE PARTNERS INC.

11                              <u>**ORDER**</u>

12           The Court, having considered the Parties' stipulation, hereby grants the parties'

13   request and refers the parties back to the Northern District ADR Program to participate in mediation

14   before ADR panelist mediator Kathryn Dickson or Judith Droz Keyes.  The Parties' December 15,

15   2014 deadline to submit a joint case management statement remains unchanged.

16           **IT IS SO ORDERED.**

17

18   Dated:_____9/18/2014_____          _____
                                            HONORABLE SAUNDRA B. ARMSTRONG
19                                          United States District Court Judge

20

21

22
     Firmwide:128687637.2 068812.1015
23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. REQUESTING REFERRAL TO ADR
MEDIATION PROGRAM                          2.              CASE NO. C 13-CV-05206 SBA