UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA HATFIELD, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DAVITA HEALTHCARE PARTNERS, INC.,<br><br>　　　　Defendant. | Case No.  13-cv-05206-SBA   (JSC)<br><br>**ORDER RE:  DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 57 |

　　　This employment discrimination matter has been referred to the undersigned magistrate judge for the purposes of discovery.  (Dkt. No. 58.)  Presently before the Court is the letter brief of Defendant DaVita Healthcare Partners, Inc.[1] ("Defendant"), which requests an order compelling Plaintiff Maureen Patricia Murphy ("Murphy") to respond to Defendant's first set of Requests for Production without delay and without objection and imposing monetary sanctions on Murphy and her counsel for their delay in responding to the discovery requests.  (Dkt. No. 57.)  Murphy is hereby ORDERED to file a response to Defendant's letter by close of business on January 29, 2015.

　　　**IT IS SO ORDERED**.

Dated:  January 26, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] According to Defendant, the proper party-defendant is Renal Treatment Centers—California, Inc., not DaVita Healthcare Partners, Inc.  (*See* Dkt. No. 57-1 ¶ 1.)