UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA HATFIELD, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>RENAL TREATMENT CENTERS - CALIFORNIA, INC.,<br>　　　　Defendant. | Case No. 13-cv-05206-SBA   (JSC)<br><br>**ORDER RE:  DISCOVERY DISPUTE**<br>Re: Dkt. No. 57 |

　　This employment discrimination case has been referred to the undersigned magistrate judge for the purposes of discovery.  (Dkt. No. 58.)  Presently before the Court is the letter brief of Defendant DaVita Healthcare Partners, Inc.[1] ("Defendant"), which requests an order compelling Plaintiff Maureen Patricia Murphy ("Murphy") to respond to Defendant's first set of Requests for Production ("RFPs") without delay and without objection and imposing monetary sanctions on Murphy and her counsel for their delay in responding to the discovery requests.  (Dkt. No. 57.)  On January 29, 2015 Murphy filed a response to Defendant's letter brief, which indicates that Murphy already had produced documents to Defendant on January 22, 2015, and "expect[ed] to be able to file a formal response [to Defendant's RFPs] no later than Tuesday, February 3, 2015."  (Dkt. No. 61 at 2.)

　　In light of Murphy's response, Defendant's request is GRANTED IN PART and DENIED IN PART.  Murphy is hereby ORDERED to submit a formal, written response to Defendant's first set of RFPs by close of business February 3, 2015.  The Court declines to impose sanctions on Murphy or her counsel at this time.

---

[1] According to Defendant, the proper party-defendant is Renal Treatment Centers—California, Inc., not DaVita Healthcare Partners, Inc.  (*See* Dkt. No. 57-1 ¶ 1.)

1    This Order disposes of Docket No. 57.

2    **IT IS SO ORDERED**.

3   Dated: February 2, 2015

4   _____
    JACQUELINE SCOTT CORLEY
5   United States Magistrate Judge