UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN PATRICIA MURPHY,<br><br>  Plaintiff,<br><br>  v.<br><br>RENAL TREATMENT CENTERS - CALIFORNIA, INC.,<br><br>  Defendant. | Case No. 13-cv-05206-SBA   (JSC)<br><br>**ORDER RE:  DISCOVERY DISPUTE**<br><br>Re: Dkt. Nos. 68, , 72 |

This employment discrimination case has been referred to the undersigned magistrate judge for the purposes of discovery.  (Dkt. No. 58.)  Presently before the Court is the letter brief of Defendant DaVita Healthcare Partners, Inc.[1] ("Defendant"), which requests an order compelling Plaintiff Maureen Murphy ("Murphy") to appear for her deposition and imposing monetary sanctions against Murphy and her counsel.  (Dkt. No. 68.)  On February 27, 2015, Murphy filed a response to Defendant's letter brief, which indicates that the parties have been in discussions to reach a mutually acceptable date for Murphy's deposition in early April.  (Dkt. No. 72.)

Accordingly, Murphy is hereby ORDERED to submit a letter by March 9, 2015 stating the agreed upon date and time of the Murphy deposition.

**IT IS SO ORDERED.**

Dated:  March 4, 2015

Jacqueline Scott Corley
United States Magistrate Judge

---

[1] According to Defendant, the proper party-defendant is Renal Treatment Centers—California, Inc., not DaVita Healthcare Partners, Inc.  (*See* Dkt. No. 57-1 ¶ 1; Dkt. No. 68 at 1.)