1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    MAUREEN PATRICIA MURPHY,              Case No.  13-cv-05206-SBA   (JSC)

           Plaintiff,
8
                                          **ORDER COMPELLING DEPOSITION**
9          v.
                                          Re: Dkt. No. 74
10   RENAL TREATMENT CENTERS -
     CALIFORNIA, INC.,
11
           Defendant.
12

13        This employment discrimination case has been referred to the undersigned magistrate

14   judge for the purposes of discovery.  (Dkt. No. 58.)  Presently before the Court is the letter brief of

15   Defendant Renal Treatment Centers – California, Inc. ("Defendant"), which is a renewed request

16   for an order compelling Plaintiff Maureen Murphy ("Murphy") to appear for her deposition and

17   imposing monetary sanctions against Murphy and her counsel.  (Dkt. No. 74.)  On March 4, 2015,

18   in response to Defendant's initial request for such an order (Dkt. No. 68), and upon consideration

19   of Murphy's response (Dkt. No. 72), which indicated that the parties had been in discussions to

20   reach a mutually acceptable date for the deposition, the Court ordered Murphy to submit a letter

21   by March 9, 2015 stating the agreed upon date and time of her deposition.  (Dkt. No. 73.)  Murphy

22   failed to comply with that order and filed no such letter.

23        Accordingly, Defendant's request is GRANTED IN PART.  It is hereby ORDERED that

24   Murphy's deposition shall occur within ten (10) days of this Order.  Plaintiff shall respond to

25   Defendant's request for monetary sanctions by Friday, March 13, 2015.  Failure to respond may

26   be deemed concession that sanctions are warranted.  *See Ardente v. Shanley*, No. C 07-4479 MHP,

27   2010 WL 546485, at *6 (N.D. Cal. Feb. 10, 2010).

28        **IT IS SO ORDERED.**

United States District Court
Northern District of California

1    Dated:  March 10, 2015

2                                                                    _____
                                                  Jacqueline Scott Corley
3                                                  United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California